**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**MARIO O. RICHARDSON,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No. 2:21-cv-2392-SHM-tmp**

**SHELBY COUNTY, ET AL.,**

    **Defendants.**

## JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint (D.E. No. 1) is dismissed with prejudice.  The Court certifies that an appeal would not be taken in good faith.  This action is dismissed in accordance with the Order (D.E. No. 7) docketed July 23, 2024.

## APPROVED:

*/s/   Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| *July 23, 2024* | WENDY R. OLIVER |
| DATE | CLERK |
| | */s/  Jairo Mendez* |
| | (By) DEPUTY CLERK |